Order issued October 18, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01335-CV

### IN RE TIMOTHY SHELTON, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-04-758-S**

# ORDER
Before Justices Morris, Richter, and Lang-Miers

The Court has before it relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file any responses by October 29, 2012.

JOSEPH B. MORRIS
PRESIDING JUSTICE